160 A.3d 712

PETRO–LUBRICANT TESTING LABORATORIES, INC., AND JOHN WINTERMUTE, PLAINTIFFS-CROSS-RESPONDENTS, v. ASHER ADELMAN, D/B/A EBOSSWATCH.COM, DEFENDANT-CROSS-PETITIONER.

February 13, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–005214–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.

160 A.3d 713

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JAMES ZARATE (A/K/A NAVAJAS ZARATE), DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

A petition for certification of the judgment in A–004090–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, for resentencing in light of this Court's holding in *State v. Zuber*, 227 *N.J.* 422, 152 *A.*3d 197 (2017). Jurisdiction is not retained.